**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of CA _____
                                  (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Hometown Hardware & Garden, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 5 - 4 0 8 1 9 8 2

4. **Debtor's address**

   Principal place of business

   10001 Paramount Blvd
   Number    Street

   Downey                    CA      90240
   City                      State   ZIP Code

   USA
   County

   Mailing address, if different from principal place of business

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  <u>Hometown Hardware & Garden, Inc.</u>     Case number *(if known)*_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

<u>4</u> <u>4</u> <u>4</u> <u>2</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
         District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                    MM / DD / YYYY
         Case number, if known _____

Debtor   **Hometown Hardware & Garden, Inc.**   Case number (if known) _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

_____
City                              State   ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   Hometown Hardware & Garden, Inc.                    Case number *(if known)*_____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

X  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  I have been authorized to file this petition on behalf of the debtor.

X  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2016
             MM / DD / YYYY

X  /s/ Gregory P. Fuller                              Gregory Fuller
   Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

X  /s/ Tuan Le                           Date  08/25/16
   Signature of attorney for debtor            MM / DD / YYYY

Tuan Le
Printed name

Law Office of Steve Lopez
Firm name

8562 Florence Avenue, Suite A
Number    Street

Downey                                       CA        90240
City                                         State     ZIP Code

(562)904-1193                                tuanl@stevelopezlaw.com
Contact phone                                Email address

274181                                       CA
Bar number                                   State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

| Fill in this information to identify the case: |
|---|
| Debtor name  Hometown Hardware & Garden, Inc. |
| United States Bankruptcy Court for the:  Central     District of  CA (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Property Development Associates c/o Safeway Inc. 618 Michillinda Ave Arcadia, CA 91007 | Property Development Assoc c/o Safeway Inc. 618 Michillinda Ave Arcadia, CA 91007 | | | | | 223,064.00 |
| 2 | DO IT BEST 24441 Network Place Chicago, IL 60673 | DO IT BEST 24441 Network Place Chicago, IL 60673 | | | | | 218,847.03 |
| 3 | Capital Bank 31351 Rancho Viejo Rd#101 San Juan Capistrano, CA 92675 | Capital Bank 31351 Rancho Viejo Rd#101 San Juan Capistrano, CA | | | | | |
| 4 | Safeway/Albertson's LLC 20427 North 27th Ave Phoenix, AZ 85027-3741 | Safeway/Albertson's LLC 20427 North 27th Ave Phoenix, AZ 85027-3741 | | | | | 2,003.95 |
| 5 | Wells Fargo Bank PO Box 6995 Portland, OR 97228-6995 | Wells Fargo Bank PO Box 6995 Portland, OR 97228-6995 | | | | | 1,506.72 |
| 6 | Larsen Supply 12055 E Slauson Ave. Santa Fe Springs, Ca 90670 | Larsen Supply 12055 E Slauson Ave. Santa Fe Springs, Ca 90670 | | | | | 1,057.36 |
| 7 | Kwikset 19701 Da Vinci Lake Forest, CA 92610 | Kwikset 19701 Da Vinci Lake Forest, CA 92610 | | | | | 1,008.77 |
| 8 | EPICOR Software Corp PO Box 671069 Dallas, TX 75267-1069 | EPICOR Software Corp PO Box 671069 Dallas, TX 75267-1069 | | | | | 430.55 |

Debtor    Hometown Hardware & Garden, Inc.    Case number (if known) _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Windmill Nursery<br>26740 N. Broadway<br>Escondido, CA 92026 | Windmill Nursery<br>26740 N. Broadway<br>Escondido, CA 92026 | | | | | 244.00 |
| 10 | The P.C. Help Desk<br>PO Box 39146<br>Downey, Ca 90239 | The P.C. Help Desk<br>PO Box 39146<br>Downey, Ca 90239 | | | | | 85.00 |
| 11 | Al Gusto Distribution<br>7300 Scout Ave. Unit B<br>Bell Gardens, CA 90201 | Al Gusto Distribution<br>7300 Scout Ave. Unit B<br>Bell Gardens, CA 90201 | | | | | 64.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steve Lopez (Bar No. 224540)<br>Tuan Le (Bar No. 274181)<br>LAW OFFICE OF STEVE LOPEZ<br>8562 Florence Ave., Ste A<br>Downey, CA 90240<br>(562) 904-1193 : Fax (562) 262-2846<br>bankruptcy@stevelopezlaw.com<br>tuanl@stevelopezlaw.com<br><br>☒ *Attorney for:* Hometown Hardware & Garden, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Hometown Hardware & Garden, Inc.<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Gregory Fuller                                                    , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____
   _____
   _____

   [For additional names, attach an addendum to this form.]

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 8/25/16

By: _____
Signature of Debtor, or attorney for Debtor

Name: Gregory Fuller, President
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Downey_____, California

Date: _8/25/16_

_/s/ Gregory Fuller_
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Hometown Hardware & Garden, Inc.
10001 Paramount Blvd.
Downey, CA 90240

Steve Lopez
Law Office of Steve Lopez
8562 Florence Avenue, Suite A
Downey, CA 90240

Al Gusto Distribution
7300 Scout Ave. Unit B
Bell Gardens, CA 90201

Calmet Services
PO Box 227
Paramount, CA 90723

Capital Bank
31351 Rancho Viejo Rd., Ste 101
San Juan Capistrano, CA 92675

City of Downey Water/Sanitation
11111 Brookshire Ave.
Downey, CA 90241

DO IT BEST
24441 Network Place
Chicago, IL 60673

EDD
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento CA 94280

EPICOR Software Corp.
PO Box 671069
Dallas, TX 75267-1069


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kwikset
19701 Da Vinci
Lake Forest, CA 92610


Larsen Supply
12055 E Slauson Ave.
Santa Fe Springs, Ca 90670


Page & Jorgenson LLP
1101 Dove St., Ste 220
Newport Beach, CA 92660


Property Development Associates
c/o Safeway Inc.
618 Michillinda Ave.
Arcadia, CA 91007


Retailer Soft
1770 Winter St.
West Branch, MI 48661

Safeway/Albertson's LLC
20427 North 27th Ave.
Phoenix, AZ 85027-3741


Safeway Inc.
Attn: Real Estate Law Division
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229


Slide Co.
26950 San Bernardino Ave.
Redlands, CA 92374


State Board of Equalization
Special Procedures Section MIC: 55
PO Box 942879
Sacramento CA 94279


TelePacific Communications
P.O. Box 509013
San Diego, CA 92150-9013


The P.C. Help Desk
PO Box 39146
Downey, Ca 90239


Wells Fargo Bank
PO Box 6995
Portland, OR 97228-6995


Windmill Nursery
26740 N. Broadway
Escondido, CA 92026